UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case No. 8:06-cr-435-T-30MSS |
| OSCAR REYES, JUAN MIGUEL GUTIERREZ-MONTES, and HILARIO PEREZ-RODRIGUEZ, | : |
| Defendants. | : |

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture (Dkt. #65) for the following property:

a) Approximately $20,830.00 in United States currency seized on September 20, 2006; and

b) Approximately $474.00 in United States currency seized from Hilario Perez-Rodriguez on September 20, 2006; and

c) Approximately $425.00 in United States currency seized from Juan Miguel Gutierrez-Montes on September 20, 2006.

1. On March 28, 2007, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture (Dkt. #52), forfeiting to the United States of America all right, title, and interest of defendants Oscar Reyes, Juan Miguel Gutierrez-Montes, and Hilario Perez-Rodriguez.

2. On April 12, 2007, defendants Oscar Reyes, Juan Miguel Gutierrez-Montes, and Hilario Perez-Rodriguez were sentenced at a hearing before United

States District Judge James S. Moody, Jr., and the forfeiture was included in the Judgments. (Dkts. #54-56 and 60-62).

3. On April 12, 2007, defendants Oscar Reyes, Juan Miguel Gutierrez-Montes, and Hilario Perez-Rodriguez were sentenced at a hearing before United States District Judge James S. Moody, Jr., and the forfeiture was included in the Judgments. (Dkts. #54-56 and 60-62).

4. In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the property, in the *Free Press*, a newspaper of general circulation in Hillsborough County, Florida on April 14, 2007, April 21, 2007 and April 28, 2007. (Dkt. #64). The publication gave notice to all third parties with a legal interest in the subject property to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 30 days of the final date of publication.

5. No persons or entities, other than the defendants Oscar Reyes, Juan Miguel Gutierrez-Montes, and Hilario Perez-Rodriguez, whose interests were forfeited to the United States in the Preliminary Order of Forfeiture, are known to have an interest in the subject property. To date, no third party, has filed a Petition to Adjudicate Interest in the subject properties to date, and the time for filing such Petition has expired.

6.      The Court finds that the subject property is the property of defendants Oscar Reyes, Juan Miguel Gutierrez-Montes, and Hilario Perez-Rodriguez.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' Motion for Final Judgment of Forfeiture (Dkt. #65) is GRANTED.  It is FURTHER ORDERED that all right, title and interest in the following property is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 21 U.S.C. § 853(a)(1) and (2) and Fed. R. Crim. P. 32.2(c)(2), for disposition according to law.

Clear title to the property is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on May 29, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Tonya L. Shotwell,  AUSA
Attorney of Record

F:\Docs\2006\06-cr-435.fj forfeit 65.wpd

3